Sarah Shapero (Bar No. 281748)
Brooke Brewer (Bar No. 352036)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, California 94111
Telephone: (415) 273-3504
Facsimile: (415) 358-4116

Attorneys for Plaintiffs,
JOHN VITALICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VITALICH, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>1 SHARPE HOLDINGS, LLC, a business entity; FCI LENDER SERVICES, INC., a business entity; and Does 1-50, inclusive,<br><br>  Defendants. | NO.   4:24-cv-7983<br><br>ORDER RE: STIPULATION TO CONTINUE EX PARTE APPLICATION AND FOR A BRIEFING SCHEDULE (as modified) |

FOR GOOD CAUSE SHOWN, the Court orders as follows:

1. The Parties' Stipulation to Continue the Ex Parte Application for a TRO and for a Briefing Schedule is **Granted**.

2. Defendants 1 Sharpe Opportunity Intermediate Fund, LLC, a Delaware statutory trust, erroneously named 1 Sharpe Holdings, LLC, and FCI Lender Services, Inc. shall file their Opposition and supporting evidence, if any, by 4:00 p.m. on November 22, 2024.

3. Plaintiff John Vitalich shall file a Reply, if any, by 4:00 on November 25,

2024.

4. The matter will be deemed submitted thereafter.

Dated: 11/18/2024

_____
Haywood S. Gilliam, Jr.
U.S. District Judge